**STIP**
STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | 2:17-CR-00316-RFB-CWH |
| ) | |
| Plaintiff,          ) | **STIPULATION/AGREED MOTION** |
| ) | **TO CONTINUE RULE 16** |
| SERGIO BARAJAS,          ) | **DEADLINE SET BY THE COURT** |
| ALAN CASSELL,          ) | **(First Request)** |
| ELENA MILLNER          ) | |
| BENJAMIN STUELKE,          ) | |
| MICHELLE ACOSTA,          ) | |
| ART ACOSTA, and          ) | |
| ERNESTO GARCIA          ) | |
| ) | |
| ) | |
| Defendants.          ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and defendant SERGIO BARAJAS, by and through his counsel, Russell Marsh, Esq., defendant ALAN CASSELL, by and through his counsel, David Brown, Esq., defendant ELENA MILLNER, by and through her counsel Peter

-1-

Christiansen, Esq., defendant BENJAMIN STUELKE, by and through his counsel Michael Nasatir, Esq., defendant MICHELLE ACOSTA, by and through her counsel, Richard Anderson, Esq., defendant ART ACOSTA, by and through his counsel Nolan King, Esq., and defendant ERNESTO GARCIA, by and through his counsel, Dean Steward, Esq., to respectfully request that the Court order that the disclosure deadline previously set for the parties to comply with Federal Rule of Criminal Procedure 16 be moved to May 1, 2018.

This stipulation is entered into for the following reasons:

1. The United States' position is that it has complied with Rule 16 in that it has made available to the defendants for inspection, copying, or photographing the items detailed for disclosure under the rule. Counsel for the defendants requested that the United States provide them with a copy of discovery, and the United States has agreed to do so as a courtesy.

2. The discovery in this case is voluminous, and a series of thumb drives have been requested in order to provide said discovery to defense. To date, some of the parties are in the process of receiving discovery and providing the United States with thumb drives. As such, compliance will not be possible by the January 5, 2018 date previously set by the Court. *See* ECF No. 73.

3. Additionally, there are outstanding trial subpoenas that have been issued by the United States that have not yet been complied with, and the

United States is still awaiting a response on those subpoenas. The United States will promptly provide defense counsel with said items upon receipt.

4. Counsel for defendants would also need additional time in order to review the voluminous discovery provided, and to comply with their disclosure requirements under Rule 16 as the United States had made a demand for reciprocal discovery. *See* ECF No. 50.

5. The parties have recently filed a stipulation to continue the trial date requesting that the Court continue the trial date to a date no sooner than ninety (90) days after November 26, 2018. ECF No. 77.

6. A denial of this request for the additional time to comply could result in a miscarriage of justice.

Dated this 4th day of January, 2018.

/s/ Lisa Cartier Giroux
LISA CARTIER GIROUX
*Assistant United States Attorney*

/s/ Russell Marsh
RUSSELL MARSH, ESQ.
*Attorney for Sergio Barajas*

/s/ David Brown
DAVID BROWN, ESQ.
*Attorney for Alan Cassell*

/s/ Peter Christiansen
PETER CHRISTIANSEN, ESQ.
*Attorney for Elena Millner*

/s/ Michael Nasatir
MICHAEL NASATIR, ESQ.
*Attorney for Benjamin Stuelke*

/s/ Richard Anderson
RICHARD ANDERSON, ESQ.
*Attorney for Michelle Acosta*

1
2    /s/ Nolan King
     NOLAN KING, ESQ.
3    *Attorney for Art Acosta*

4    /s/ Dean Steward
     DEAN STEWARD, ESQ.
5    *Attorney for Ernesto Garcia*

6
7
8    …
9    …
10   …
11   …
12   …
13   …
14   …
15   …
16   …
17   …
18   …
19   …
20   …
21   …
22   …
23   …
24   …
25   …
26   …
27   …
28   …

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-00316-RFB-CWH |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| SERGIO BARAJAS,<br>ALAN CASSELL,<br>ELENA MILLNER<br>BENJAMIN STUELKE,<br>MICHELLE ACOSTA,<br>ART ACOSTA, and<br>ERNESTO GARCIA. | )))))))) | |
| Defendant. | ) | |

## ORDER

IT IS ORDERED that the parties' disclosure under Federal Rule of Criminal Procedure 16 shall be made by May 1, 2018.

DATED this 9th of January, 2018.

_____
HONORABLE RICHARD F. BOULWARE
United States District Judge