

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: dan.schiess@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>v.<br><br>ALAN CASSELL,<br><br>        Defendant. | Case No. 2:17-cr-00316-RFB-DJB<br><br>**Government's Motion for Downward Departure**<br><br>**(Filed Under Seal)** |

The United States files this motion for downward departure pursuant to USSG § 5K1.1 recommending that defendant Cassell receive a 4-level downward departure for substantial assistance.

This case involves bribery under the Federal Program statute, 18 U.S.C. § 666. Defendant Cassell bribed Sergio Barajas, a managerial-level employee at the National Community Stabilization Trust (NCST), a company that received federal grant money to help non-profit organizations buy and sell abandoned homes after the 2008 financial housing market crash and that helped financial institutions sell foreclosed houses.

Sergio Barajas worked as a regional representative for NCST and administered both housing programs – that involving HUD and that involving financial institutions. In his position, he could influence a company's ability to buy houses through the NCST.

Cassell worked for Heartland Coalition ("Heartland"), a non-profit organization that bought houses through the NCST, supposedly for resell to low- and moderate-income individuals and families. Cassell held a leadership position.

Not long after Heartland began buying houses through NCST, Barajas solicited Cassell to have Heartland pay him for houses that Heartland bought and resold through NCST. Cassell and his associate agreed to pay Barajas, and over time paid him $186,025. In return, Barajas used his influence to help Heartland obtain NCST's approval to buy houses in different markets and to avoid being terminated from NCST's housing program.

After Cassell was interviewed by law enforcement in an unannounced visit, he offered to cooperate. In March 2018, he was given that opportunity, and he proffered information that helped the government advance its prosecution. He explained NCST's housing program from a buyer's perspective, answered questions the investigation could not answer, and disclosed details about Barajas's solicitation for bribe payments. Cassell added the inside story to the cold financial records. His information helped the prosecution negotiate a plea agreement with Barajas.

Based on the foregoing, a four-level downward departure would be appropriate.

Respectfully submitted.

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/ Daniel R. Schiess
DANIEL R. SCHIESS
Assistant United States Attorney

*Attorneys for the United States*